**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV275**

| | | |
|---|---|---|
| **JANICE ANN THOMPSON, and** | ) | |
| **husband, TERRY LEE THOMPSON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **COVENANT TRANSPORT, INC., and** | ) | |
| **JACKIE LEONARD GRANGER,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to stay the deadline
for filing objections to the Amended Memorandum and Recommendation
filed by the Magistrate Judge on May 29, 2008.

The Magistrate Judge recommended, in part, that the claims of
Plaintiff Janice Ann Thompson be dismissed with prejudice due to her
consistent failure and refusal to prosecute her claims herein. ***See***
**Amended Memorandum and Recommendation, filed May 29, 2008, at
11, 22.** New counsel for Plaintiff Janice Thompson, W. Perry Fisher, II,
has filed appearance on her behalf and has also filed a motion requesting

reconsideration by the Magistrate Judge of the recommendation that Ms. Thompson's claims be dismissed with prejudice. **Plaintiff Janice Thompson's Motion for Reconsideration and in the Alternative for Appropriate Relief, filed May 30, 2008.** Therefore, this Court will stay the deadline for the filing of objections until after the Magistrate Judge rules on the motion to reconsider.

**IT IS, THEREFORE, ORDERED** that the time for filing objections to the Amended Memorandum and Recommendation is hereby **STAYED** until after such time as the Magistrate Judge files his ruling on the pending motion to reconsider.

**IT IS FURTHER ORDERED** that any objections, or amended objections, to the Amended Memorandum and Recommendation are due to be filed within ten days after filing of the Magistrate Judge's ruling on the motion to reconsider.

Signed: June 5, 2008

Lacy H. Thornburg
United States District Judge