IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV275

| | |
|---|---|
| JANICE ANN THOMPSON, and husband, TERRY LEE THOMPSON, )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>COVENANT TRANSPORT, INC., and )<br>JACKIE LEONARD GRANGER, )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the September 2008 term in the Asheville Division.

The Court has under advisement the Magistrate Judge's Memorandum and Recommendation regarding Defendants' motion to dismiss. Objections to the Memorandum and Recommendation are not due until mid-August; therefore, the Court will not complete its review of this matter in time for the parties to adequately prepare for trial for the September term.

**IT IS, THEREFORE, ORDERED** that this matter is hereby **CONTINUED** from the September 2008 term in the Asheville Division. The Clerk is directed to calendar this case for trial during the Court's November 2008 term in the Asheville Division.

Signed: August 6, 2008

Lacy H. Thornburg
United States District Judge