IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV275

| | | |
|---|---|---|
| JANICE ANN THOMPSON, and husband, TERRY LEE THOMPSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | J U D G M E N T |
| COVENANT TRANSPORT, INC., and JACKIE LEONARD GRANGER, | ) ) ) | |
| Defendants. | ) ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the motion of Defendant Covenant Transport, Inc., to dismiss the claims of Plaintiff Janice Ann Thompson with prejudice is **ALLOWED**, and the claims of Mrs. Thompson are hereby **DISMISSED WITH PREJUDICE** in their entirety.

**IT IS FURTHER ORDERED** that the motion of Plaintiff Terry Lee Thompson to dismiss his derivative claim without prejudice is **ALLOWED**, and his claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiffs' claims against the Defendant Jackie Leonard Granger are hereby **DISMISSED WITHOUT PREJUDICE.**

The Defendants' motion for attorney fees and costs is respectfully referred to the Magistrate Judge.

Signed: September 22, 2008

Lacy H. Thornburg
United States District Judge