# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv275

| | |
|---|---|
| JANICE ANN THOMPSON; and husband TERRY LEE THOMPSON, | ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) ORDER ) |
| COVENANT TRANSPORT, INC.; and JACKIE LEONARD GRANGER, | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER** is before the court on the direction of the district court to resolve defendant Covenant transport's Motion for Attorneys Fees and Costs (#15). In accordance with such instruction, the court will allow the respective parties until the close of business on Friday, October 3, 2008, to reach an amicable resolution of such motion. Absent the filing of a notice of amicable resolution, the court will consider the motion on the pleadings of record.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant Covenant Transport's Motion for Attorneys Fees and Costs (#15) is taken **UNDER ADVISEMENT** and will be resolved on the pleadings after October 3, 2008, thereby affording the parties an opportunity to resolve such motion amicably.

Signed: September 22, 2008

Dennis L. Howell
United States Magistrate Judge